### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **1:26-MJ-00117-SH** |
| **ANGEL MARIO PARRAS-SALDANA** a/k/a **Angel Parras-Saldana,** *Defendant* | §<br>§<br>§<br>§<br>§ | |

### O R D E R

Before the Court is the United States' Motion to Dismiss, filed on this date (Dkt. 3). The Government asks the Court to dismiss the Criminal Complaint charging Defendant with illegal reentry in violation of 8 U.S.C. § 1326, stating that the Complaint "was filed erroneously." *Id.* The Court finds the Motions to be meritorious.

It is **ORDERED** that the United States' Motion to Dismiss (Dkt. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Detention of Defendant (Dkt. 2) is **DENIED** and Defendant is **ORDERED** released from custody on the instant charge.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Angel Mario Parras-Saldana (Dkt. 1), is hereby **DISMISSED** in the interest of justice without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

**SIGNED** on January 28, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE